

IN THE
TENTH COURT OF APPEALS

No. 10-17-00105-CR

TERRY WAYNE HARRISON,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2015-2396-C1

MEMORANDUM OPINION

Terry Wayne Harrison attempts to appeal a plea-bargained conviction and sentence of 50 years. The trial court's certification of Harrison's right of appeal indicates Harrison has no right to appeal.

For this reason, the appeal is dismissed.[1] *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has

---

[1] A motion for rehearing may be filed within 15 days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after

not been made part of the record under these rules."); *Chavez v. State*, 183 S.W.3d 675, 680

(Tex. Crim. App. 2006) (plea bargain).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 5, 2017
Do not publish
[CRPM]



either the day this Court's judgment was rendered or the day the last timely motion for rehearing was overruled by this Court. *See* TEX. R. APP. P. 68.2(a).